**This document was signed electronically on September 30, 2014, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 30, 2014**

*Pat E. Morgenstern-Clarren*
**Pat E. Morgenstern-Clarren**
**Chief Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In RE: | Case No. 14-12820 |
| Carl F. Zelenskas | Chapter 7 |
| Charlene M. Zelenskas | |
| Debtors | Hon. Pat E. Morgenstern-Clarren |

ORDER GRANTING DEBTORS' AMENDED
MOTION TO AVOID JUDICIAL LIEN
ON RESIDENTIAL REAL ESTATE
11 U.S.C. §522(f)

This matter came on for hearing upon the Amended Motion to Avoid the Judgment Lien of The Huntington National Bank on the residence owned by the Debtors and located at 9715 Cardwell Avenue, Cleveland, OH 44105 pursuant to 11 U.S.C. §522(f)(1)(A), filed by the Debtors on July 1, 2014.

Movants have alleged that good cause for granting the amended motion exists and that the judicial lien holder, the Trustee, and all other necessary parties were served with the Amended Motion and with Notice of the deadline to oppose the Amended Motion. No party filed a response or otherwise appeared in opposition to the Amended Motion, or all responses have been withdrawn or overruled. For these reasons, it is appropriate to grant the relief requested.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the Amended Motion of the Debtors, Carl & Charlene Zelenskas to Avoid the Judgment Lien of The Huntington National Bank, pursuant to 11 U.S.C. §522(f)(1)(A), be and hereby is granted.

IT IS FURTHER ORDERED, that upon the Debtors obtaining a discharge in the within proceeding, the Judgment Lien filed for The Huntington National Bank for record on December 20, 2013 in Cuyahoga County Common Pleas Case #13-JL-654824 is avoided.

IT IS FURTHER ORDERED that the filing of a certified copy of this Order and a certified copy of the Discharge Order with the appropriate state or county office, together with the payment of any fees due, shall act as a release and satisfaction of the judicial liens identified above.

# # #

/s/ Marc E. Dann
Marc E. Dann 0039425
The Dann Law Firm Co., LPA
4600 Prospect Avenue
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 - fax
mdann@dannlaw.com
Attorney for Debtors

INSTRUCTIONS FOR SERVICE

Please serve the following:

US Trustee's Office
Via email trustee@usdoj.gov                          Via regular US Mail to:

Virgil Brown                                          Donald Mauser
Chapter 7 Trustee                                    c/o Weltman Weinberg & Reis
Via email @ virgil@vebtrustee.com                    323 West Lakeside Avenue, #200
                                                     Cleveland, OH 44113
The Dann Law Firm Co., LPA
Attorney for Debtors                                 Stephen Steinour, CEO
Via email @notices@dannlaw.com                       The Huntington National Bank
                                                     Capital Square Office
                                                     17 South High Street
                                                     Columbus, OH 43215

                                                     Carl & Charlene Zelenskas
                                                     9715 Cardwell Avenue
                                                     Cleveland, OH  44105